UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**Sacramento**

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 73.170.229.186,<br><br>    Defendant. | Case Number: 2:16-cv-01729-JAM-KJN<br><br>**ORDER ON PLAINTIFF'S FIRST <u>MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO SERVE DEFENDANT WITH A SUMMONS AND COMPLAINT</u>** |

THIS CAUSE came before the Court upon Plaintiff's First Motion for Extension of Time Within Which it Has to Serve Defendant with a Summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:   Plaintiff's Motion is granted. Plaintiff shall have until March 5, 2017 to effectuate service of a summons and complaint on Defendant.

SO ORDERED this 20th day of October, 2016

                                 /s/ John A. Mendez
                                 **UNITED STATES DISTRICT COURT JUDGE**