Henrik Mosesi, Esq. (SBN: 189672)
433 N. Camden Drive, 6th Floor
Beverly Hills, 90210
Phone: 310-734-4269
Fax: 310-734-4053
Email: henry@mosesi.com
Web: mosesi.com
*Attorneys for Plaintiff*



FILED

MAY 2 3 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY KTN
DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO

MALIBU MEDIA, LLC,

    Plaintiff,

vs.

JAY RIGGS,

    Defendant.

Case Number: 2:16-cv-01729-JAM-KJN

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Malibu Media, LLC and Jay Riggs, by their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that all claims asserted against each other in this matter are hereby dismissed with prejudice.

WHEREFORE, Plaintiff and Defendant Jay Riggs respectfully request that this Court enter an order dismissing with prejudice all Plaintiff's and Defendant Jay Riggs' claims against each other, with each party to bear its own attorneys' fees and costs.

Consistent herewith Plaintiff and Defendant consent to the Court having its case closed for administrative purposes.

Respectfully submitted,

*/s/ Henrik Mosesi*
Henrik Mosesi, Esq.

*/s/ Nicholas Ranallo*
Nicholas Ranallo (Cal Bar #275016)

1

Stipulation of Dismissal With Prejudice
Case No. 2:16-cv-01729-JAM-KJN

| | |
|---|---|
| Law Offices of Henrik Mosesi<br>433 N. Camden Drive, 6th Floor<br>Beverly Hills, CA 90210<br>Tel: (310) 734-4269<br>Email: henry@mosesi.com<br>Attorney for Plaintiff | 2443 Fillmore Street, #380-7508<br>San Francisco, CA 94115<br>(831) 607-9229<br>Fax: (831) 533-5073<br>nick@ranallolawoffice.com<br>Attorney for Defendant |

### CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Henrik Mosesi*
Henrik Mosesi

2

```
                    UNITED STATES DISTRICT COURT
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
                              SACRAMENTO
```

| MALIBU MEDIA, LLC, | Case Number: 2:16-cv-01729-JAM-KJN |
|---|---|
| Plaintiff, | |
| vs. | [~~PROPOSED~~] ORDER ON STIPULATION OF DISMISSAL |
| JAY RIGGS, | |
| Defendant. | |

THIS CAUSE came before the Court upon the Parties' Stipulation to Dismiss all Plaintiff Malibu Media, LLC's and Defendant Jay Riggs' claims against each other with prejudice, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:

1. All Plaintiff's and Defendant Jay Riggs' claims against each other are hereby dismissed with prejudice.

2. Each party shall bear its own attorneys' fees and costs.

3. This case is closed for administrative purposes.

SO ORDERED this 23rd day of May, 2017.

[PROPOSED] ORDER ON STIPULAITON OF DISMISSAL

By: /s/ [signature]
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER ON STIPULAITON OF DISMISSAL